IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: EVA REYMER | ) |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
|     Creditor, | ) |
|   vs. | ) CASE NO. 09B14587 |
| | ) JUDGE JACQUELINE P. COX |
| EVA REYMER, | ) |
|     Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The following is an itemization of fees and costs due on the loan as of May 22, 2012.

**The Loan is Current**

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/Toni Dillon
Toni Dillon
ARDC#6289370

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE:  EVA REYMER                       )
                                      )
Wells Fargo Bank, N.A.,                )
            Creditor,                  )
      vs.                              )   CASE NO. 09B14587
                                      )   Judge JACQUELINE P. COX
EVA REYMER,                            )
            Debtor(s),                 )

**CERTIFICATE OF SERVICE**

TO:   SEE ATTACHED ADDRESSES

**CERTIFICATION**

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on May 29, 2012with proper postage prepaid.


/s/Toni Dillon
ARDC#6289370


**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT**      Pierce and Associates,
**TO COLLECT A DEBT AND ANY**                 1 North Dearborn
**INFORMATION OBTAINED WILL BE USED**         13th Floor
**FOR THAT PURPOSE\*\*\***                    Chicago, IL 60602

## **SERVICE LIST**

To Trustee:
Tom Vaughn
55 South Michigan Avenue
Suite 1300
Chicago, Illinois 60604
**by Electronic Notice though ECF**


To Debtor:
EVA REYMER
3312 Molly Lane Avenue, Unit 1509
Broomfield, CO 80023
**by U.S. Mail**


1250 S. Michigan Avenue, Unit 1509
Chicago, IL 60605
**by U.S. Mail**


To Attorney:
Robert J. Semrad & Associates
20 S. Clark Street, 28th Fl
Chicago, IL 60603
**by Electronic Notice though ECF**




PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn, Suite 1300
Chicago, Illinois 60602
(312) 346-9088



PA12-2764