**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:    EVA REYMER                                    CASE NO: 09-14587
                                                        CHAPTER 13

         DEBTORS(S)                                     JUDGE:  JACQUELINE P COX

                                                        NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**     WELLS FARGO HOME MORTGAGE

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0000 | 9018 | $       .00 | $  4,500.00 | $  4,500.00 |

Total Amount Paid the Trustee                                           $   4,500.00

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                    X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 14th day of     January, 2013.

<u>Debtor(s)</u>

EVA REYMER
1250 S MICHIGAN AVE #1509
CHICAGO IL 60605

<u>Debtors Attorney</u>

ROBERT J SEMRAD & ASSOC LLC
20 S CLARK ST 28TH FLR
CHICAGO IL 606030000

<u>Addtional Creditors</u>

WELLS FARGO BANK NA
% BRICE VANDER LINDEN & WERNIC
9441 LBJ FREEWAY #350
DALLAS TX 75243

<u>Mortgage Arrearage Creditor</u>

WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS MAC #2501-01D
DES MOINES IA 50328

Electronic Service US Trustee

Date: January 14, 2013                         /s/ Tom Vaughn

                                        Tom Vaughn, Chapter 13 Trustee
                                        Chapter 13 Trustee
                                        55 East Monroe Street, Suite 3850
                                        Chicago, Ill   60603