Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Eva Reymer | **Case Number:** | 09-B-14587-654 |
| | | **Chapter 13** | |
| **Trustee:** | Tom Vaughn | **Judge:** | Jacqueline P. Cox |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 01/14/2013

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | US Bank  As Serviced by Wells Fargo Bank, N.A. | **Last four digits** of any number you use to identify the debtor's account: | xxxxxx9018 |

### 1. Pre-Petition Arrears - Court claim no. (if known):   (Docket Entry #44)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the prepetition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
   Amount of pre-petition arrears due at filing: _____
   Amount received from the Chapter 13 Trustee _____

   Pre-Petition arrears remaining due: _____

### 2. Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:
   Post-petition amounts remaining due: _____

### 3. Sign Here

Print Name:   Paul W. Cervenka
Title:   Authorized Agent for Wells Fargo Bank, N.A.
Company:   Brice, Vander Linden & Wernick, PC

/s/ Paul W. Cervenka
Signature

Address and telephone number:

01/28/2013
Date

   P. O. Box 829009
   Dallas, TX 75382-9909

Telephone:   (972) 643-6600        Email:   NFCinquiries@nbsdefaultservices.com

FCN_Notice_001
5906-N-4709

1

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before January 28, 2013

**Debtor**  *Via U.S. Mail*
Eva  Reymer
1250 S Michigan Ave, Unit 1509
Chicago, Illinois 60605

**Debtors' Attorney**
Brian R Zeft
Robert J Semrad & Associates
20 S. Clark
28th Floor
Chicago, IL  60603

**Chapter 13 Trustee**
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, Illinois 60603

**US Trustee**
Office of the US Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois  60604

                                            Respectfully Submitted,

                                            /s/ Paul W. Cervenka